

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00334-CV

| | |
|---|---|
| KENNETH G. WALKER AND ROSEMARY F. WALKER, Appellants | § On Appeal from County Court at Law No. 1 |
| | § of Tarrant County (2018-006040-1) |
| V. | § March 28, 2019 |
| BROAD VISION INVESTMENTS, LLC, Appellee | § Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellants Kenneth G. Walker and Rosemary F. Walker shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth

Chief Justice Bonnie Sudderth